COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Ashley W. Phillips
The Phillips Law Firm
1538 W. Pinhook, Suite 102
Lafayette LA 70503

**REHEARING ACTION: January 27, 2016**

**Docket Number: 15 00993-KW**

**STATE OF LOUISIANA**
**VERSUS**
**NICHOLAS GRAHAM HOUSDEN**

**Writ Application from Vermilion Parish Case No. 2015-CR-58425**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Jimmie C. Peters**
    **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for rehearing filed by **Nicholas Graham Housden** is:

    **REHEARING DENIED.** Uniform Rules – Courts of Appeal, Rule 2-18.7.

cc: Keith A. Stutes, Counsel for the Respondent
    Roger P. Hamilton, Jr., Counsel for the Respondent